IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stamps, Bruce

Printed: 4/22/08

Case Number: 04 B 24125
Judge: Squires, John H
Filed: 6/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 31, 2008
Confirmed: August 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,340.00 |  |
| Secured: |  | 5,041.95 |
| Unsecured: |  | 3,325.62 |
| Priority: |  | 1,034.67 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 675.18 |
| Other Funds: |  | 1,368.58 |
| Totals: | 14,340.00 | 14,340.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Capital One Auto Finance | Secured | 5,041.95 | 5,041.95 |
| 3. | Internal Revenue Service | Priority | 1,034.67 | 1,034.67 |
| 4. | Premier Bankcard | Unsecured | 47.38 | 106.88 |
| 5. | Internal Revenue Service | Unsecured | 561.34 | 1,276.93 |
| 6. | Capital One Auto Finance | Unsecured | 379.13 | 855.14 |
| 7. | Consumer Portfolio Services | Unsecured | 481.77 | 1,086.67 |
| 8. | Peoples Energy Corp | Unsecured | 550.13 | 0.00 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Columbia House | Unsecured |  | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 14. | Rush Behavioral Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,990.37 | $ 12,296.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 208.00 |
| 4% | 48.00 |
| 3% | 36.00 |
| 5.5% | 134.19 |
| 5% | 53.29 |
| 4.8% | 104.36 |
| 5.4% | 91.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stamps, Bruce | Case Number:  04 B 24125 |
| | Judge:  Squires, John H |
| Printed:  4/22/08 | Filed:  6/25/04 |

_____
$ 675.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____